IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES LOMAX,  :
    Plaintiff,  :
      :
    v.  :        **CIVIL ACTION NO. 25-CV-4496**
      :
MS. MONIQUE SAVAGE, *et al.*,  :
    Defendants.  :

## ORDER

**AND NOW**, this 21st day of April 2026, upon consideration of Defendant Monique

Savage, Dr. Antony Letizio, and Wellpath, LLC's Motions to Dismiss (DI 14, 27), and Plaintiff

James Lomax's Responses thereto (DI 21, 34), and upon *sua sponte* screening of the Complaint

(DI 1) pursuant to 42 U.S.C. § 1997e(c), and for the reasons given in the Court's accompanying

Memorandum, it is **ORDERED** that:

1.    All due process claims and all claims against Defendant Jack Waters are

**DISMISSED** pursuant to 42 U.S.C. § 1997e(c).  The Clerk of Court is **DIRECTED** to

**TERMINATE** Jack Waters as a Defendant in this case.

2.    Defendant Savage's Motion is **DENIED**.

3.    Defendants Wellpath and Dr. Letizio's Motion is **GRANTED IN PART** and

**DENIED IN PART** as follows:

    a.    The claims against Dr. Letizio are **DISMISSED**.  The Clerk of Court is

        **DIRECTED** to **TERMINATE** Dr. Letizio as a Defendant in this case.

    b.    The claims against Wellpath seeking damages based on pre-petition conduct,

        *i.e.*, conduct prior to November 11, 2024, are **DISMISSED WITHOUT**

**PREJUDICE** to Lomax proceeding before the United States Bankruptcy Court for the Southern District of Texas as to these claims, if appropriate.

c. In all other respects, the Motion is **DENIED**, such that the deliberate indifference claims against Wellpath based on post-petition conduct remain.

4. The Clerk of Court is **DIRECTED** to **AMEND** the docket to reflect that ECF No. 34 is Lomax's "Response" rather than a Motion, and to **TERMINATE** the Motion.

5. Defendants Savage and Wellpath shall file a responsive pleading as to the remaining claims in accordance with Federal Rule of Civil Procedure 12(a)(4).

MURPHY, J.